UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **JUSTIN O'BRIEN,** *on behalf of himself and all others similarly situated* | : : : : |
| Plaintiff, | : : |
| v. | :Civil Action No. 1:23-cv-00491-RDA-LRV : |
| **SMOOTHSTACK, INC.**, | : : |
| Defendant. | : : |

### DEFENDANT'S MOTION TO DISMISS

COMES NOW Defendant, Smoothstack, Inc. ("Defendant"), by and through undersigned counsel, and pursuant to Rule 12(b)(1), 12(b)(6) of the Federal Rules of Civil Procedure and Rule 7 of this Court's Local Rules, and respectfully moves this Court for an order dismissing Counts III-VI of the Complaint filed by Plaintiff Justin O'Brien, *on behalf of himself and all other similarly situated*, with prejudice. The grounds supporting Defendant's Motion to Dismiss are set forth in the Memorandum in Support, which is filed contemporaneously herewith.

Respectfully Submitted,

By Counsel

 /s/   Dirk McClanahan
Zach Miller, Esq. (VSB No. 85860)
Dirk McClanahan, Esq. (VSB No. 81208)
McClanahan Powers, PLLC
3160 Fairview Park Drive, Suite 410
Falls Church, VA 22042
Tel: (703) 520-1326
Fax: (703) 828-0205
Email: zmiller@mcplegal.com
            dmcclanahan@mcplegal.com
*Counsel for Smoothstack, Inc.*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on May 12, 2023, the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              By: /s/ Dirk McClanahan____