UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **JUSTIN O'BRIEN,** *on behalf of himself and all others similarly situated* | : : : : |
| Plaintiff, | : : |
| v. | : Civil Action No. 1:23-cv-00491-RDA-LRV : |
| **SMOOTHSTACK, INC.,** | : : |
| Defendant. | : : |

**[Proposed] ORDER**

THIS MATTER came before the court on Defendant's, Smoothstack, Inc. ("Defendant"), Motion to Dismiss (the "Motion") filed pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6), and Rule 7 of this Court's Local Civil Rules;

IT APPEARING to the Court, based upon the pleadings, the Motion, and argument of counsel, that the Defendant's Motion should be granted; it is hereby

ORDERED that Defendant's Motion is GRANTED, and that Counts III, IV, V, and VI of Plaintiff's Complaint are dismissed with prejudice.

ENTERED this _____ day of _____, 2023

_____
United States District Court Judge