IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| JUSTIN O'BRIEN, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SMOOTHSTACK, INC.,<br><br>　　　　Defendant. | **Civil Action No. 1-23-cv-00491-RDA-LRV** |

**Plaintiff's Motion for Court-Authorized Notice Pursuant to 29 U.S.C. § 216(b)**

Plaintiff Justin O'Brien, on behalf of himself and those similarly situated, respectfully moves this Court to authorize that notice be sent pursuant to 29 U.S.C. § 216(b) to all potential members of the Fair Labor Standards Act Collective (the "FLSA Collective"). In support of this Motion, Plaintiff submits the accompanying memorandum of law and exhibits.

Dated: July 31, 2023

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: */s/ Molly Elkin*
　　　　　　　　　　　　　　　　　　　　　　　Molly Elkin

　　　　　　　　　　　　　　　　　　　　Molly Elkin (Va. Bar No. 40967)
　　　　　　　　　　　　　　　　　　　　Rachel Lerner*
　　　　　　　　　　　　　　　　　　　　**McGillivary, Steele, & Elkin LLP**
　　　　　　　　　　　　　　　　　　　　1101 Vermont Ave NW, Suite 1000
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　　　Phone: (202) 833-8855
　　　　　　　　　　　　　　　　　　　　Email: mae@mselaborlaw.com
　　　　　　　　　　　　　　　　　　　　Email: rbl@mselaborlaw.com

　　　　　　　　　　　　　　　　　　　　Rachel W. Dempsey*
　　　　　　　　　　　　　　　　　　　　David Seligman**
　　　　　　　　　　　　　　　　　　　　**Towards Justice**
　　　　　　　　　　　　　　　　　　　　PO Box 371680, PMB 44465

Denver, CO 80237
Telephone: (720) 441-2236
Email: rachel@towardsjustice.org
Email: david@towardsjustice.org

Jahan C. Sagafi*
**Outten & Golden LLP**
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8837
Email: jsagafi@outtengolden.com

Hannah Cole-Chu*
Courtney J. Hinkle*
**Outten & Golden LLP**
1225 New York Ave, NW Suite 1200B
Washington, D.C. 20005
Telephone: (202) 915-5810
Email: hcolechu@outtengolden.com
Email: chinkle@outtengolden.com

Persis Yu**
Khandice Lofton**
**Student Borrower Protection Center**
(a fiscally sponsored project of the Shared Ascent Fund)
1025 Connecticut Ave NW, #717
Washington, D.C. 20036
Telephone: (202) 670-3871
Email: persis@protectborrowers.org
Email: khandice@protectborrowers.org

* Admitted *Pro hac vice*

** *Pro hac vice* application forthcoming.

*Attorneys for Plaintiff and the Putative FLSA Collective*

2

## **CERTIFICATE OF SERVICE**

      I certify that on July 31, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Dirk Harris McClanahan
Zachary Charles Miller
McClanahan Powers, PLLC
3160 Fairview Park Drive, Suite 410
Falls Church, VA 22042
Telephone: (703) 520-1326
Email: dmcclanahan@mcplegal.com
Email: zmiller@mcplegal.com

/s/ Molly A. Elkin