IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| JUSTIN O'BRIEN, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br>  v.<br><br>SMOOTHSTACK, INC.,<br><br>                Defendant. | **Civil Action No. 1:23-cv-00491-RDA-LRV** |

**Notice of Filing Consent to Join Form**

Please take notice that Plaintiff submits the consent to join forms of the following Opt-In Plaintiff:

1. Wesley Clements

Dated: October 10, 2023

                                                  Respectfully submitted,

                                                  By:  */s/ Molly Elkin*
                                                         Molly Elkin

                                                  Molly Elkin (Va. Bar No. 40967)
                                                  Rachel Lerner*
                                                  **McGillivary, Steele, & Elkin LLP**
                                                  1101 Vermont Ave NW, Suite 1000
                                                  Washington, D.C. 20005
                                                  Phone: (202) 833-8855
                                                  Email: mae@mselaborlaw.com
                                                  Email: rbl@mselaborlaw.com

                                                  Rachel W. Dempsey*
                                                  David Seligman**
                                                  **Towards Justice**
                                                  PO Box 371680, PMB 44465

Denver, CO 80237
Telephone: (720) 441-2236
Email: rachel@towardsjustice.org
Email: david@towardsjustice.org

Jahan C. Sagafi*
**Outten & Golden LLP**
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8837
Email: jsagafi@outtengolden.com

Hannah Cole-Chu*
Courtney J. Hinkle*
**Outten & Golden LLP**
1225 New York Ave, NW Suite 1200B
Washington, D.C. 20005
Telephone: (202) 915-5810
Email: hcolechu@outtengolden.com
Email: chinkle@outtengolden.com

Persis Yu*
Khandice Lofton**
**Student Borrower Protection Center**
(a fiscally sponsored project of the Shared Ascent Fund)
1025 Connecticut Ave NW, #717
Washington, D.C. 20036
Telephone: (202) 670-3871
Email: persis@protectborrowers.org
Email: khandice@protectborrowers.org

* Admitted *Pro hac vice*

** *Pro hac vice* application forthcoming.

*Attorneys for Plaintiff and the Putative FLSA Collective*

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to Dirk McClanahan and Zach Miller at:

McClanahan Powers, PLLC.
3160 Fairview Park Drive, Suite 410
Falls Church, VA 22042
Telephone: (703) 520-1326
Email: dmcclanahan@mcplegal.com

/s/ Molly Elkin