IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| JUSTIN O'BRIEN, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>SMOOTHSTACK, INC.,<br><br>    Defendant. | **Civil Action No. 1-23-cv-00491-RDA-LRV** |

## Notice of Filing Consent to Join Forms

Please take notice that Plaintiff submits the consent to join forms of the following Opt-In Plaintiffs:

60. Monica Brown

61. Joshua Cannon

62. Amanda Rolon Akbarova

63. Jack Trusler

64. Amin Ullah

Dated: June 11, 2024

Respectfully submitted,

By: /s/ Molly Elkin
   Molly Elkin

Molly Elkin (Va. Bar No. 40967)
Rachel Lerner*
**McGillivary Steele Elkin LLP**
1101 Vermont Ave NW, Suite 1000
Washington, D.C. 20005
Phone: (202) 833-8855
Email: mae@mselaborlaw.com
Email: rbl@mselaborlaw.com

Rachel W. Dempsey*
**Towards Justice**
PO Box 371680, PMB 44465
Denver, CO 80237
Telephone: (720) 441-2236
Email: rachel@towardsjustice.org

Jahan C. Sagafi*
**Outten & Golden LLP**
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8837
Email: jsagafi@outtengolden.com

Hannah Cole-Chu*
Courtney J. Hinkle*
**Outten & Golden LLP**
1225 New York Ave, NW Suite 1200B
Washington, D.C. 20005
Telephone: (202) 915-5810
Email: hcolechu@outtengolden.com
Email: chinkle@outtengolden.com

Persis Yu*
**Student Borrower Protection Center**
(a fiscally sponsored project of the Shared Ascent Fund)
1025 Connecticut Ave NW, #717
Washington, D.C. 20036
Telephone: (202) 670-3871
Email: persis@protectborrowers.org

* Admitted *Pro hac vice*

*Attorneys for Plaintiff and the Putative FLSA Collective*

## CERTIFICATE OF SERVICE

I certify that on June 11, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Dirk Harris McClanahan
Zachary Charles Miller
McClanahan Powers, PLLC
3160 Fairview Park Drive, Suite 410
Falls Church, VA 22042
Telephone: (703) 520-1326
Email: dmcclanahan@mcplegal.com
Email: zmiller@mcplegal.com

/s/ Molly A. Elkin