# EXHIBIT A

SMOOTHSTACK WAGE & HOUR CASE
C/O RUST CONSULTING INC - 8634
PO BOX 2396
FARIBAULT, MN 55021-9096

**IMPORTANT LEGAL MATERIALS**

```
*00000010610* - UAA - 001
```

MONICA BROWN

**REDACTED**

FOR OFFICIAL USE ONLY
01

Page 1 of 1
Claimant ID #: 00000010610

## CONSENT TO JOIN

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

JUSTIN O'BRIEN, on behalf of himself and all others similarly situated,

   Plaintiff,

 v.

SMOOTHSTACK, INC.,

   Defendant.

**Civil Action No. 1:23-cv-00491-RDA-LRV**

### CONSENT TO JOIN

1. I consent to be a party plaintiff in a lawsuit against Defendant Smoothstack, Inc. in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. By signing and returning this consent form, I hereby designate Outten & Golden LLP, McGillivary, Steele, & Elkin LLP, Towards Justice, and the Student Borrower Protection Center ("Plaintiff's Counsel") to represent me in bringing such claims, and to make decisions on my behalf concerning the litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

Full Legal Name: MONICA BROWN

Signature: MONICA BROWN     Date: 6/10/2024

*All information that you provide below is for use by Plaintiff's Counsel and will not be filed with the Court.*

Address: **REDACTED**

City: **REDACTED**   State: **REDACTED**   Zip Code: **REDACTED**

Home Telephone Number:     Cell Phone Number: **REDACTED**

Personal Email Address: **REDACTED**
(we will use this as our primary method to contact you)

Emergency Contact Name: **REDACTED**

Emergency Contact Phone Number: **REDACTED**





SMOOTHSTACK WAGE & HOUR CASE
C/O RUST CONSULTING INC - 8634
PO BOX 2396
FARIBAULT, MN 55021-9096

**IMPORTANT LEGAL MATERIALS**

\*00000010757\* - UAA - 002

JOSHUA CANNON
REDACTED

**FOR OFFICIAL USE ONLY**

01

Page 1 of 1
**Claimant ID #:** 00000010757

# CONSENT TO JOIN

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

JUSTIN O'BRIEN, on behalf of himself and all others similarly situated,

  Plaintiff,

 v.

SMOOTHSTACK, INC.,

  Defendant.

**Civil Action No. 1:23-cv-00491-RDA-LRV**

### CONSENT TO JOIN

1. I consent to be a party plaintiff in a lawsuit against Defendant Smoothstack, Inc. in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. By signing and returning this consent form, I hereby designate Outten & Golden LLP, McGillivary, Steele, & Elkin LLP, Towards Justice, and the Student Borrower Protection Center ("Plaintiff's Counsel") to represent me in bringing such claims, and to make decisions on my behalf concerning the litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

Full Legal Name: JOSHUA CANNON

Signature: JOSHUA CANNON                                        Date: 6/10/2024

*All information that you provide below is for use by Plaintiff's Counsel and will not be filed with the Court.*

Address: REDACTED

City: ____   State: __   Zip Code: ____

Home Telephone Number: _____      Cell Phone Number: _____

Personal Email Address: REDACTED
(we will use this as our primary method to contact you)

Emergency Contact Name: REDACTED

Emergency Contact Phone Number: REDACTED





SMOOTHSTACK WAGE & HOUR CASE
C/O RUST CONSULTING INC - 8634
PO BOX 2396
FARIBAULT, MN 55021-9096

**IMPORTANT LEGAL MATERIALS**

*00000014939* - UAA - 003

AMANDA ROLON AKBAROVA
REDACTED

**FOR OFFICIAL USE ONLY**
01

Page 1 of 1
**Claimant ID #:** 00000014939

# CONSENT TO JOIN

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

JUSTIN O'BRIEN, on behalf of himself and all others similarly situated,

  Plaintiff,

  v.

SMOOTHSTACK, INC.,

  Defendant.

**Civil Action No. 1:23-cv-00491-RDA-LRV**

CONSENT TO JOIN

1. I consent to be a party plaintiff in a lawsuit against Defendant Smoothstack, Inc. in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).
2. By signing and returning this consent form, I hereby designate Outten & Golden LLP, McGillivary, Steele, & Elkin LLP, Towards Justice, and the Student Borrower Protection Center ("Plaintiff's Counsel") to represent me in bringing such claims, and to make decisions on my behalf concerning the litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

Full Legal Name: AMANDA ROLON AKBAROVA

Signature: AMANDA ROLON AKBAROVA                                Date: 6/10/2024

*All information that you provide below is for use by Plaintiff's Counsel and will not be filed with the Court.*

Address: REDACTED

City: REDACTED      State: REDACTED      Zip Code: REDACTED

Home Telephone Number:                                  Cell Phone Number: REDACTED

Personal Email Address: REDACTED
(we will use this as our primary method to contact you)

Emergency Contact Name: REDACTED

Emergency Contact Phone Number: REDACTED





SMOOTHSTACK WAGE & HOUR CASE
C/O RUST CONSULTING INC - 8634
PO BOX 2396
FARIBAULT, MN 55021-9096

**IMPORTANT LEGAL MATERIALS**

 - UAA - 352

JACK TRUSLER
REDACTED



Page 1 of 1
Claimant ID #: 0000015882

## CONSENT TO JOIN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

JUSTIN O'BRIEN, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

SMOOTHSTACK, INC.,

    Defendant.

Civil Action No. 1:23-cv-00491-RDA-LRV

**CONSENT TO JOIN**

1. I consent to be a party plaintiff in a lawsuit against Defendant Smoothstack, Inc. in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. By signing and returning this consent form, I hereby designate Outten & Golden LLP, McGillivary, Steele, & Elkin LLP, Towards Justice, and the Student Borrower Protection Center ("Plaintiff's Counsel") to represent me in bringing such claims, and to make decisions on my behalf concerning the litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

Full Legal Name (please PRINT clearly): _JACK TRUSLER_

Signature: _[signature]_                     Date: _0 6_ / _0 1_ / _2 4_

*All information that you provide below is for use by Plaintiff's Counsel and will not be filed with the Court.*

Address: REDACTED
City: REDACTED     State: [REDACTED]    Zip: REDACTED
Home Telephone Number: (         )         -              Cell Phone Number): REDACTED
Personal Email Address: REDACTED
(we will use this as our primary method to contact you)
Emergency Contact Name: REDACTED
Emergency Contact Phone Number: REDACTED





SMOOTHSTACK WAGE & HOUR CASE
C/O RUST CONSULTING INC - 8634
PO BOX 2396
FARIBAULT, MN 55021-9096

**IMPORTANT LEGAL MATERIALS**

```
*00000015967* - UAA - 004
```

AMIN ULLAH
REDACTED

FOR OFFICIAL USE ONLY

01

Page 1 of 1
Claimant ID #: 00000015967

# CONSENT TO JOIN

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

JUSTIN O'BRIEN, on behalf of himself and all others similarly situated,

        Plaintiff,

  v.

SMOOTHSTACK, INC.,

        Defendant.

**Civil Action No. 1:23-cv-00491-RDA-LRV**

CONSENT TO JOIN

1. I consent to be a party plaintiff in a lawsuit against Defendant Smoothstack, Inc. in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).
2. By signing and returning this consent form, I hereby designate Outten & Golden LLP, McGillivary, Steele, & Elkin LLP, Towards Justice, and the Student Borrower Protection Center ("Plaintiff's Counsel") to represent me in bringing such claims, and to make decisions on my behalf concerning the litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

Full Legal Name: AMIN ULLAH

Signature: AMIN ULLAH      Date: 6/10/2024

*All information that you provide below is for use by Plaintiff's Counsel and will not be filed with the Court.*

Address: ▇▇▇▇▇▇

City: ▇▇▇▇   State: ▇▇   Zip Code: ▇▇▇▇

Home Telephone Number: ▇▇▇▇▇    Cell Phone Number: ▇▇▇▇▇

Personal Email Address: REDACTED
(we will use this as our

Emergency Contact Name: ▇▇▇▇

Emergency Contact Phone Number: REDACTED



