## Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

**Authorized Person(s):** Molly Elkin

Courtney Hinkle

Rachel Dempsey

**Electronic Device(s):** Rachel Lerner

Laptops (4)

**Purpose and Location Of Use:** Settlement Conference, Courtroom 501

**Case No.:** 1:23-cv-00491-RDA-LRV

**Date(s) Authorized:** June 6, 2025

**IT Clearance Waived:** ✓ (Yes)  ___ (No)

APPROVED BY:

/s/ LRV
Lindsey Robinson Vaala
United States Magistrate Judge
United States District/Magistrate/Bankruptcy Judge

Date: June 2, 2025

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance: _____

IT Staff Member     Date(s)

**IT clearance must be completed, unless waived, before court appearance.**