IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| JUSTIN O'BRIEN and SKYLAR REED, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SMOOTHSTACK, INC.,<br><br>Defendant. | Civil Action No. 1:23-cv-00491-RDA-LRV |

## NOTICE OF JOINT MOTION FOR SETTLEMENT APPROVAL

Plaintiffs Justin O'Brien and Skylar Reed ("Plaintiffs"), and Defendant Smoothstack, Inc. ("Defendant") (together, the "Parties"), through undersigned counsel, hereby move for an order granting approval of the proposed Settlement. In support of their joint motion, the Parties submit the accompanying memorandum of law and exhibits.

Date: September 30, 2025

By: /s/ Zach Miller
Zach Miller, Esq. (VSB No. 85860)
Dirk McClanahan, Esq. (VSB No. 81208)
McClanahan Powers, PLLC
3160 Fairview Park Drive, Suite 410
Falls Church, VA 22042
Telephone: (703) 520-1326
Email: zmiller@mcplegal.com
Email: dmcclanahan@mcplegal.com

*Counsel for Smoothstack, Inc.*

Respectfully submitted,

By: /s/ Molly Elkin
Molly Elkin (Va. Bar No. 40967)
Rachel Lerner*
**McGillivary Steele Elkin LLP**
1101 Vermont Ave NW, Suite 1000
Washington, D.C. 20005
Telephone: (202) 833-8855
Email: mae@mselaborlaw.com
Email: rbl@mselaborlaw.com

Rachel W. Dempsey*
**Towards Justice**
PO Box 371680, PMB 44465
Denver, CO 80237
Telephone: (720) 441-2236
Email: rachel@towardsjustice.org

Jahan C. Sagafi*
**Outten & Golden LLP**
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8837
Email: jsagafi@outtengolden.com

Courtney J. Hinkle*
**Outten & Golden LLP**
1225 New York Ave, NW Suite 1200B
Washington, D.C. 20005
Telephone: (202) 915-5810
Email: chinkle@outtengolden.com

Persis Yu*
**Student Borrower Protection Center**
(a fiscally sponsored project of the Shared Ascent Fund)
1025 Connecticut Ave NW, #717
Washington, D.C. 20036
Telephone: (202) 670-3871
Email: persis@protectborrowers.org

* Admitted *Pro hac vice*

*Counsel for Plaintiffs and the FLSA Collective*