**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| JUSTIN O'BRIEN and SKYLAR REED, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | **Civil Action No. 1:23-cv-00491-RDA-LRV** |
| v. | |
| SMOOTHSTACK, INC., | |
| Defendant. | |

**DECLARATION OF MOLLY ELKIN IN SUPPORT OF THE PARTIES'
JOINT MOTION FOR SETTLEMENT APPROVAL**

I, Molly A. Elkin, do hereby declare under penalty of perjury, that the following representations contained in this Declaration are true and correct to the best of my personal knowledge:

1.     I am a named partner in the law firm McGillivary Steele Elkin LLP, and I serve as lead counsel for Plaintiffs in this action. The attorneys at McGillivary Steele Elkin LLP exclusively represent employees and unions and specialize in litigating multi-plaintiff wage and hour actions. I submit this declaration in support of the Parties' Joint Motion for Settlement Approval.

**Background and Experience**

2.     I have over thirty years of civil litigation experience with a particular emphasis in wage and hour collective and class actions on behalf of employees in Fair Labor Standards Act ("FLSA") and other wage cases.

3.     I have served as lead counsel in over 100 FLSA and other wage and hour court and arbitration cases. I was lead counsel or class counsel in the following multi-plaintiff lawsuits and

collective and class actions involving enforcement of wage and hour laws: *Ochoa v. High Horse Investment LLC, et al.,* (KWR) (KRS) (Dkt. 51) (lead counsel in hybrid FLSA New Mexico Minimum Wage Act case for tip redistribution for 169 budtenders resulting in $225,000 settlement approved by the Court); *Richards v. City of New York,* 1:23cv10220 (JHR) (S.D.N.Y.) (Dkt. 67) (lead counsel in FLSA case resulting in $1.9 Million settlement for 698 Sanitation Workers); *Wynne v. City of New York,* 1:23-cv-9955 (GWG) (S.D.N.Y.) (lead counsel in FLSA case resulting in $2.9 Million settlement for 212 Sanitation Supervisors); *Caldwell v. City of New York,* 1:23-cv-10730 (RFT) (S.D.N.Y. December 4, 2024) (Co-lead in FLSA case resulting in settlement for 326 Fire Inspectors for $4.3 Million); *Fowler, et al. v. Schwazze, et al.,* 1:23-cv-640 (WJ/SCY) (D.N.M.) (Dkt. 47) (July 10, 2024) (lead class counsel in FLSA/New Mexico hybrid collective and class on behalf of budtenders alleging tips were improperly retained by employer; $525,000.00 settlement approved). *Heckle v. Matrix,* Case No. 7:21-cv-1463 (VB)( S.D.N.Y.) (lead class counsel in hybrid FLSA and New York law wage and hour case involving claims of Short-Term Disability Benefits Examiners; $4,250,000.00 settlement approved as fair and reasonable on October 19, 2023); *Daniel v. 34 Floor Hospitality L.L.C., et al.,* C.A. No. 1:22-cv-969 (CKK )(D.D.C) (lead class counsel in FLSA and D.C. wage and hour case involving servers' claims for, inter alia, damages for unlawful tip pool; court approved $598,779 settlement on February 23, 2023); *Foster, et al. v. City of New York,* 14-cv-4142 (PGG) (S.D.N.Y) (co-lead counsel in FLSA action involving off the clock and exemption defense for 1,199 Child Protective Service workers and supervisors; $43,900,000.00 settlement approved on December 28, 2021 as fair and reasonable); *Johnson et al, v. The Boeing Company*, 2:19-cv-597 (RSM) (W.D. Wash.) (Class Counsel in FLSA/Rule 23 hybrid exemption lawsuit involving staff analysts and project administrators resulting in $2,000,000.00 settlement); *Barbee et al. v. naviHealth,* 3:19-cv-119

(M.D. Tenn.) (Class Counsel in FLSA/Rule 23 hybrid exemption lawsuit involving care management employees; settlement of $4,690,000.00 fund approved by Court) (Dkt. 102); *Perry, et al. v. New York City and the FDNY*, 1:13-cv-1015 (S.D.N.Y) (lead counsel in three-week jury trial in October 2019 involving the FLSA claims of 2,519 FDNY EMTs and Paramedics resulting in final judgment of over $19,000,000 following appeals); *Stephens, et al. v Farmers Restaurant Group, et al.*, 1:17-cv-1077 (D.D.C.) (Class Counsel in hybrid FLSA/Rule 23 action in minimum wage case for 119 FLSA Opt-in servers and 862 Rule 23 class members resulting in settlement of up to $1,490,000.00); *Lewis, et al. v. New York City Housing Authority*, 1:17-cv-01087-TJK (S.D.N.Y.) (FLSA collective action on behalf of 1,615 Caretakers who work as janitors and grounds keepers for NYCHA; settlement of $2,950,000.00 approved on July 27, 2018); *Johnson, et al. v. New York City Housing Authority*, 1:16-cv- 9924 (FLSA collective action on behalf of 89 Housing Exterminators; settlement of $360,000 approved by Court on January 19, 2018); *Brown v. New York City Housing Authority*, 1:16-cv-9263 (FLSA collective action on behalf of 856 Maintenance Workers and Heating Plant Technicians; settlement of $2,250,000 pending approval by Court); *Bland, et al., v. PNC Bank*, 2:15-cv-1042 (W.D. Pa.) (FLSA/Rule 23 wage and hour lawsuit for mortgage loan officers; $16,000,000 settlement approved by court in 2017); *Thompson, et al. v. DirecTV, et al.*, 3:07-cv-4112 (M.D. Tenn.) (FLSA collective action involving off the clock claims of 1,400 technicians who installed DirecTV satellite dishes and equipment; favorable settlement approved by court in 2016 following decisions on summary judgment); *Morrison v. Fairfax County, VA*, 1:14-cv-0005 (E.D. Va.) (settlement approved by Court in 2016 for $7,850,000.00 following U.S. Court of Appeals for the Fourth Circuit ruling in plaintiffs' favor, holding that fire captains are first responders entitled to overtime pay); *Carson v. City of Los Angeles*, 2:15-cv-7057 (C.D. Cal.) (summary judgment in favor of EMS Supervisors, rejecting

City's FLSA exemption defenses); *Abadeer, et al. v. Tyson*, C.A. No. 3:09-cv-00125 (M.D. Tenn.) (FLSA/Rule 23 hybrid for unpaid donning and doffing performed by hourly-paid meat processing workers at Tyson's Goodlettsville plant; $7,750,000.00 settlement following summary judgment rulings); *Gonzalez v. Wells Fargo*, 1:11-cv-02142 (D.N.J.) (wage and hour class action involving mortgage loan officers in New Jersey; $937,750.00 settlement); *Jordan v. IBP, Inc.*, Civil Action No. 3-02-01132 (M.D. Tenn.) (FLSA collective action involving donning and doffing claims for hourly paid workers in Tyson's Goodlettsville meat processing plant resulting in favorable settlement following summary judgment decisions); *Abrego, et al. v. United States*, 1:14 cv 445 (Fed. Cl.) (FLSA lawsuit for 764 border patrol agent canine handlers to recover wages for performing work while off the clock; settled); *Abad v. U.S.*, 14- 444C (Fed. Cl.) (FLSA off the clock case for over 6000 border patrol agents; $80,000,000.00 settlement); *Poynton v. City of Waterbury*, 3:12-cv-00096 (D. Conn.) (FLSA case for fire fighters involving regular rate and other violations; settlement following discovery); *Parker v. City of New York*, 04-04476 (S.D.N.Y.) (FLSA case for workers in NYC juvenile detention centers; $3,000,000 settlement following discovery); *Astor v. United States*, 79 Fed. Cl. 303 (Fed. Cl.) (FLSA misclassification case involving firearms instructors working at FLETC; resulted in favorable settlement after summary judgment victory); and *Carton v. Sterling InfoSystems*, 1:10-cv-07827-RJS (S.D.N.Y.) (court-approved settlement for salespeople following minimal early discovery).

4.      I have served as lead counsel for AFGE Locals and bargaining unit employees nationwide in FLSA grievances brought by the Locals against the U.S. Bureau of Prisons ("BOP") involving the BOP's failure to pay overtime pay as required by the FLSA for work performed by correctional officers prior to and following their scheduled shifts and during unpaid meal periods, collecting over $25,000,000 for BOP workers.

5.      I joined this law firm (formerly known as Mulholland & Hickey) as an associate attorney in 1996 and became a partner with the firm in January 2002.

6.      I am a 1993 honors graduate of George Washington University School of Law.

7.      I am a member in good standing of the bars of the Court of Appeals of Maryland (1993), the Court of Appeals for the District of Columbia (1996), the Supreme Court of Virginia (1997), as well as the U.S. Supreme Court (2000).  I am also a member of the bars of the United States District Courts for the District of Columbia, Maryland, Colorado and the Eastern District of Virginia, the United States Court of Federal Claims, and the bars of seven Federal Courts of Appeal.

8.      In November 2017, I was inducted into the College of Labor and Employment Lawyers as a Fellow.

9.      In 2014, the Chief Judge of the United States Court of Federal Claims appointed me to serve on the United States Court of Federal Claims Advisory Committee on Civilian Pay issues. My appointment has been renewed for two additional terms, and I continue to serve in this capacity.

10.      I was the Union/Employee Chair of the American Bar Association's Labor and Employment Law Section Committee on Federal Labor Standards Legislation from 2003 through 2009.  This committee has jurisdiction over statutes enforced by the Department of Labor, including the Fair Labor Standards Act.

11.      From 2003 through 2005, I was the Chair of the District of Columbia Bar's Steering Committee for Labor and Employment Law.

12.      From 1993 to 1996, I served as in-house counsel for the federal sector union, The National Treasury Employees Union.

13.    I am regularly invited to speak on wage and hour panels for various legal associations. For example, at the 2016 Annual ABA Labor and Employment Law CLE Conference, I served as moderator on a panel discussion on The New Proportionality Standards of Rule 26 and the Impact of *Tyson Foods v. Bouaphakeo* on Class Certification.  Some other panels include:

- 2023 ABA 17th Annual Labor and Employment Law Conference – Panelist and Moderator: FLSA Roundup

- 2019 United States Court of Claims 30th Annual Judicial Conference Panelist- Ethics: Attorneys' Fees and Billing Practices

- 2014 ABA Federal Labor Standards Conference Panelist -Midwinter Meeting- Attorneys' Fees Issues in Wage & Hour Hybrids;

- 2014 NELA Conference Panelist – Representing Public and Federal Sector Employees in Wage & Hour Cases;

- 2013 Annual ABA Labor and Employment Law CLE Conference- Track Coordinator;

- 2010 Annual ABA Labor and Employment Law CLE Conference – Panelist - Litigating FLSA and Rule 23 Wage and Hour Hybrids;

- 2009 AFL CIO LCC Conference– Panelist – Strategy and Discovery Considerations in Hybrid Wage & Hour Rule 23/216 (b) Cases

14.    Rachel Lerner has been an Associate with MSE since June 2022, representing employees and unions in nationwide FLSA and state wage and hour cases. She also provides general legal advice on labor and employment issues. Ms. Lerner graduated from the George Washington University Law School in 2021 and a B.S. in Industrial Engineering from Purdue University in 2017.  Before joining the firm, Ms. Lerner clerked on the D.C Superior Court and the United States District Court for the District of Columbia.

15.    Gregory K. McGillivary is the Managing Partner of McGillivary Steele Elkin LLP and is a 1983 graduate of the University of Oregon law school, where he served as Articles Editor

of the University of Oregon Law Review. He is a member in good standing of the bars of the following states: Washington State (1984); the Commonwealth of Virginia (1986); and the District of Columbia (1987). He is also member in of numerous federal appellate courts, including the U.S. Court of Appeals for the Second Circuit, and of the bar of the United States Supreme Court (2000). Mr. McGillivary has been representing plaintiffs in large multi-plaintiff FLSA overtime lawsuits since 1987. From 1983 to 1985, he was an attorney with the Federal Labor Relations Authority in the Washington Regional Office. He joined McGillivary Steele Elkin LLP law firm (formerly known as Mulholland & Hickey) as an associate attorney in 1985 and became a partner with the firm in January 1991. As such, he has over 35 years of experience specializing in pay cases arising under the FLSA and state wage and hour laws, and has participated in the successful litigation of over 200 FLSA suits on behalf of employees in various proceedings throughout the country, including in U.S. federal courts and at arbitration, with the majority of these cases involving public sector employees.

16.    Keith Nickerson is the Litigation Director at McGillivary Steele Elkin LLP. He has a Master's in Business Administration from the University of Maryland, which he received in 2001, and he is a 1989 graduate of the University of Rochester. From July 5, 1989 to July 5, 1999, he was a paralegal with the firm, and from October 1, 2001 to October 1, 2002, a consultant. Since July 2004, he has been the Litigation Director. In large wage and hour actions he is responsible for conducting data analysis related to pay issues and preparing spreadsheets and reports on the results of his analysis. In addition, he supervises the litigation paralegals and off-site consultants who may assist him with these data analysis projects. Over the course of over 25 years with McGillivary Steele Elkin LLP, he has prepared calculation spreadsheets and damages models showing amounts

owed in over 400 multi-plaintiff and multi-grievant cases involving wage and hour claims and he has testified about such calculations in multiple cases.

17.    Kathleen Dacruz is a paralegal at MSE.

18.    Rocio Sanchez was a paralegal at MSE.

19.    Christopher Martell is a paralegal at MSE.

20.    My co-counsel on this matter – Outten & Golden LLP ("O&G"), Towards Justice, and the Student Borrower Protective Center, a fiscally sponsored project of Shared Ascent Fund ("SBPC") – also have extensive experience in representing employees and/or individuals who allege employment violations or consumer protection claims.

21.    O&G is a 50-plus attorney firm with offices in New York, San Francisco, and Washington, D.C., representing plaintiffs in a wide variety of employment matters, including individual and class action litigation involving wage and hour, discrimination, and harassment claims, as well as contract and severance negotiations.

22.    O&G has represented plaintiffs in hundreds of class and collective actions asserting employment rights on behalf of workers. *See, e,g.*, *Castillo v. Noodles & Co.*, No. 16 Civ. 3036, 2016 U.S. Dist. LEXIS 178977, at *9 (N.D. Ill. Dec. 23, 2016) ("Plaintiffs' Counsel are experienced wage and hour class and collective action litigators and have achieved a positive result on behalf of the collective."). O&G attorneys "have . . . extensive experience and expertise in prosecuting wage-and-hour class actions and collective actions." *Galeener v. Source*, No. 13 Civ. 4960, ECF No. 131 (N.D. Cal. Mar. 13, 2015); *Lillehagen v. Alorica*, No. 13 Civ. 92, ECF No. 262 (C.D. Cal. May 31, 2016) (same); *Yuzary v. HSBC Bank USA*, N.A., No. 12 Civ. 3693, 2013 WL 1832181, at *4 (S.D.N.Y. Oct. 2, 2013) (finding that O&G attorneys "have substantial experience prosecuting and settling employment class actions, including wage and hour class

actions[,] and are well-versed in wage and hour and class action law"); *Johnson v. Brennan*, No. 10 Civ. 4712, 2011 WL 1872405, at *2 (S.D.N.Y. May 17, 2011) (same); *accord Ballinger v. Advance Magazine Publishers, Inc.*, No. 13 Civ. 4036, 2014 WL 7495092, at *7 (S.D.N.Y. Dec. 29, 2014) ("[b]ased on the firm's performance before me in this and other cases and its work in the foregoing and other cases, I have no question that it will prosecute the interests of the class vigorously"); *Perez v. Allstate Ins. Co.*, No. 11 Civ. 1812, 2014 WL 4635745, at *25 (E.D.N.Y. Sept. 16, 2014) ("O & G has the requisite experience in handling class actions . . . , are well versed in the applicable law, and have the resources necessary to represent the NYLL Class fairly and adequately"); *Capsolas v. Pasta Res., Inc.*, No. 10 Civ. 5595, 2012 WL 1656920, at *2 (S.D.N.Y. May 9, 2012) (O&G attorneys "have years of experience prosecuting and settling wage and hour class actions, and are well-versed in wage and hour law and in class action law"); *Alli v. Boston Mkt. Corp.*, No. 10 Civ. 4, 2011 WL 6156938, at *2 (D. Conn. Dec. 9, 2011) (O&G counsel are "qualified and experienced in the issues raised in" wage and hour overtime litigation); *McMahon v. Olivier Cheng Catering & Events*, LLC, No. 08 Civ. 8713, 2010 WL 2399328 at *6 (S.D.N.Y. Mar. 3, 2010) (O&G "are experienced employment lawyers with good reputations among the employment law bar . . . [and] have prosecuted and favorably settled many employment law class actions, including wage and hour class actions"); *Damassia v. Duane Reade, Inc.*, 250 F.R.D. 152, 158 (S.D.N.Y. 2008) (O&G lawyers have "an established record of competent and successful prosecution of large wage and hour class actions, and the attorneys working on the case are likewise competent and experienced in the area").

23.    Jahan Safagi is a Partner at O&G and a member of the Class Action Practice Group. He represents workers in employment class actions (including wage and hour, employment discrimination, and other employment-related disputes).    He has successful represented

successfully represented plaintiff classes in other wage and hour class and/or collective actions in other federal and state courts, including *Doe v. Google, Inc.*, No. CGC-16-556034 (San Francisco Super. Ct.) ($27,000,000 settlement of claims challenging limitations on speech and disclosure rights of Google employees in 2023); *Bush v. GlobalTranz Enterprises, Inc.*, No. 15-cv-0536-DJH (D. Ariz.) ($640,000 settlement for inside salespeople's misclassification claims); *Lillehagen v. Alorica, Inc.*, No. 13 Civ. 92 (C.D. Cal.) (nationwide class action settlement) (call center worker off-the-clock claims); *Sherrill v. Premera Blue Cross*, No. 10 Civ. 590 (W.D. Wash.) ($1.45 million settlement in 2011 for 133 class members in overtime misclassification case); Danieli v. Int'l Bus. Machines Corp., No. 08 Civ. 3688 (S.D.N.Y.) ($7.5 million settlement of overtime misclassification claims in 2010); *In re Farmers Ins. Group Claims Reps. Overtime Litigation*, MDL Docket No. 1439 (D. Or.) ($8 million settlement of overtime misclassification class and collective action on behalf of insurance claims adjusters in 2010); *Giannetto v. CSC Corp.*, No. 03 Civ. 8201 (C.D. Cal.) ($24.0 million settlement in 2005 for overtime misclassification claims); *Barnett v. Wal-Mart*, No. 01-2-24553-8 (King Cty. Sup. Ct.) ($35 million settlement of wage and hour off-the-clock class action in 2009).  Prior to joining Outten & Golden in 2013, he was a Partner at Lieff, Cabraser, Heimann & Bernstein. He graduated from Harvard College in 1994 and Harvard Law School in 2001 and clerked for the Honorable William W Schwarzer of the Northern District of California.

24.     Michael J. Scimone is a Partner at O&G and a member of the Class Action Practice Group. He received a Juris Doctor degree from the City University of New York School of Law in 2009, where he participated in workers' rights litigation through the Immigrant and Refugee Rights Clinic and was a member of the New York City Law Review.  Since joining O&G in 2009 as an associate, Mr. Scimone has worked on multiple employment class action cases, including

*Strauch v. Computer Sciences Corp.*, No. 14 Civ. 956, 2018 WL 4539660, at *1 (D. Conn. Sept. 21, 2018), *appeal dismissed* (Dec. 3, 2018), where he was part of the trial team that obtained a jury verdict on behalf of approximately 1,000 computer support workers seeking unpaid overtime. Other representative cases that Mr. Scimone has litigated include *Perez v. Allstate Ins. Co.*, No. CV 11-1812 (AKT), 2019 WL 1568398, at *2 (E.D.N.Y. Mar. 29, 2019) ($3.95 million pre-trial settlement on behalf of no-fault insurance adjusters in overtime misclassification case); *Przytula, et al. v. Bed Bath & Beyond, Inc.*, No. 17 Civ. 5124, ECF No. 123 (N.D. Ill. Jan. 29, 2019) ($8.5 million settlement on behalf of assistant managers); Jacob v. Duane Reade, Inc., No. 11 Civ. 160, 2017 WL 1968383, at *1 (S.D.N.Y. May 5, 2017) ($13.5 million pre-trial settlement on behalf of assistant managers); *Douglin, et al. v. Greatbanc Trust Co., Inc.*, No. 14 Civ. 620, ECF No. 103 (S.D.N.Y. April 24, 2017) ($4.75 million settlement in ERISA litigation alleging breach of fiduciary duty); and *Murphy, et al. v. LenderLive Network, Inc.*, No. 13 Civ. 3135, ECF No. 169 (D. Colo. Sept. 2, 2015) ($2.4 million pretrial settlement on behalf of mortgage underwriters in overtime misclassification case).  Mr. Scimone has been selected as a Rising Star by Super Lawyers for 2015 through 2019.  He is an active member of the Sedona Conference's Working Group 1, and has participated in drafting Sedona publications on electronic discovery and civil procedure.

25.    Daniel S. Stromberg is a Partner and E-Discovery Counsel at O&G.  He is head of O&G's eDiscovery Practice Area, where he advises clients and case teams on discovery strategies. Mr. Stromberg teaches electronic discovery at the University of Virginia. Prior to joining O&G in July 2015, Mr. Stromberg worked as Director of Discovery Technology at a boutique discovery firm, and as a Senior E-Discovery Consultant with a leading eDiscovery technology provider.  He

received his B.A., cum laude, from the University of Rochester in 2004 and his J.D. from The George Washington University Law School in 2007.

26.     Courtney Hinkle is an associate at O&G and a member of the firm's Class Action Practice Group.  Prior to joining the firm in 2022, she clerked for the Honorable James P. Jones of the United States District Court for the Western District of Virginia.  She received her J.D., magna cum laude and Order of the Coif, from Georgetown University Law Center in 2021.  Since her graduation in 2021, except for her clerkship, she has exclusively represented plaintiffs and claimants in employment and civil rights litigation.

27.     Hannah Cole-Chu was an Associate at O&G and a member of the firm's Class & Collective Action Practice Group. Prior to joining O&G, she clerked for the Honorable Alvin W. Thompson of the U.S. District Court for the District of Connecticut. She received her B.A. from Bard College and her J.D., magna cum laude, from the University of Maryland Francis King Carey School of Law. During law school, Ms. Cole-Chu was Editor in Chief of the Maryland Law Review and Co-President of the Maryland Public Interest Law Project.

28.     Adam Koshkin is an Associate at Outten & Golden LLP and a member of the firm's Class Action Practice Group.  Prior to joining the firm in 2018, Mr. Koshkin clerked for the Honorable Judith E. Levy of the U.S. District Court for the Eastern District of Michigan.  Mr. Koshkin received his B.A. from Swarthmore College in 2011, and his J.D. from the University of California, Berkeley School of Law in 2017, where he was the Senior Articles Editor of the Berkeley Journal of Employment and Labor Law.  During law school Mr. Koshkin was the director of the Wage Justice Clinic and a law clerk for Legal Aid at Work, where he provided direct legal services to workers with claims in administrative forums.  Before law school, Mr. Koshkin served

as a research assistant to Ranking Member Elijah Cummings of the U.S. House Committee on Oversight and Government Reform.

29.    Tara K. Quaglione is a Contract Attorney at O&G. She has practiced law since 2008 and has over 13 years of experience in General Practice and related legal activities.

30.    Elle Eshleman was a Law Clerk with O&G in 2023.  Ms. Eshleman received her B.A. from Duke University in 2020, and her J.D. from Yale Law School in 2023.

31.    Rebecca Cooley was a Law Clerk with O&G in 2024.  Ms. Cooley received her B.A. from Tufts University in 2016, and her J.D. from University of California, Berkeley School of Law in 2025.

32.    Christopher Truong was a Paralegal at O&G. Prior to joining O&G in September 2016, he worked at Gibbons P.C. as both a products liability paralegal and a business commercial litigation paralegal. Mr. Truong graduated from Boston College with a B.A. in History and a minor in International Studies and a Master's in Policy Management from Georgetown University.

33.    David Rider is an Investigations Coordinator at O&G. Prior to joining O&G in 2022, Mr. Rider received his Paralegal certificate from Georgetown University.

34.    Madison Curry is a Project Analyst at O&G. Prior to joining O&G in July 2024, Madison worked as an Aide to Chambers at the Supreme Court of the United States. Madison graduated with her B.A. in Criminology from Howard University in 2022.

35.    Michaela Dougherty was a Senior Paralegal at O&G. Prior to joining O&G in May 2017, Michaela worked as a campaign field organizer for a NY state senate campaign. Ms. Dougherty also worked as an intern for the Save the Children's UN Advocacy office and the American Coalition for the I.C.C. at Columbia University. Ms. Dougherty earned a B.A. in

Political Science and Arabic/Jewish Studies and graduated as valedictorian of her class at the Colin Powell School for Civic and Global Leadership at The City College of New York.

36.     Napoleon Zapata is a Paralegal at O&G.  Prior to joining O&G in August of 2022, he worked as a paralegal at Vedder Price P.C. and graduated from Cornell University's ILR School in 2017 with a M.S. in Industrial and Labor Relations.

37.     Patricia Matney is a Senior Paralegal at O&G. Prior to joining O&G in September of 2022, she worked at Snell & Wilmer as a Senior Paralegal and graduated from College of San Mateo with a B.S. in Political Science.

38.     Rania Tootla is a Paralegal at O&G. Prior to joining O&G in June 2018, Rania attended the University of Michigan, where she received University Honors and earned a B.A. in Women's Studies and Political Science. Rania's previous experiences include serving as a student investigator for the Washtenaw County Public Defender's Officer in Ann Arbor, MI and working as an office assistant at Tootla & Associates, healthcare specialists in Waterford, MI.

39.     Naomi Campusano is an eDiscovery Specialist at O&G. Prior to joining O&G in August 2019, she worked as a paralegal for Gorayeb & Associates, a personal injury litigation firm. Ms. Campusano graduated from Stony Brook University with a B.A. in Political Science and Sociology.

40.     Sara Olson is a Senior Paralegal at O&G. Prior to her current position, she joined O&G in May 2016 as a litigation paralegal. Ms. Olson earned a Paralegal Certificate from Pace University in 2016 and a B.A. in Politics, Philosophy, and Economics from The King's College in 2014. Previously, Ms. Olson worked as a researcher for Expert Network Group, LLC and as an academic scholar for a United Nations former Socio-Economic Affairs Advisor.

41.     Towards Justice is a public interest law firm located in Denver, Colorado dedicated to advancing economic justice through impact litigation and policy advocacy. Towards Justice was founded in response to the high volume of wage theft complaints that were not being addressed in Colorado, but broadened its scope to take on a variety of market abuses affecting working people across the country, including wage theft, discrimination, fraud, and other unfair and abusive practices.

42.     Rachel Dempsey is the Associate Director at Towards Justice, where she represents workers and consumers in class action cases nationwide, including several cases challenging Training Repayment Agreement Provisions. Prior to Towards Justice, she worked as an associate at Outten & Golden, where she represented workers in the firm's Class Action Practice Group. She graduated from Yale College and Yale Law School, and clerked on the Ninth Circuit and the Central District of California.

43.     Juno Turner is the Litigation Director at Towards Justice, where she represents workers and consumers in a wide range of class action cases, including wage-and-hour, unfair competition, and forced labor cases. Prior to Towards Justice, she was a partner in the employment practice group at Outten & Golden and an Assistant Attorney General in the Labor Bureau of the Office of the New York State Attorney General. She graduated from the University of Colorado at Boulder and Fordham Law School and clerked in the Eastern District of New York.

44.     Deborah Schaffer is an investigator and analyst at Towards Justice. Prior to Towards Justice, she worked in immigration and other nonprofit services. She holds a Bachelor of Arts from Wheaton College.

45.     Student Borrower Protection Center, a fiscally sponsored project of Shared Ascent Fund, is a nonprofit organization focused on eliminating the burden of student debt for millions of

Americans. We engage in advocacy, policymaking, and litigation strategy to rein in industry abuses, protect borrowers' rights, and advance racial and economic justice. In its groundbreaking report, *Trapped at Work: How Big Business Uses Student Debt to Restrict Worker Mobility*, SBPC exposed that the problem of student debt extends far beyond financing traditional higher education—a growing movement by the largest corporations in America to drive their workers into debt for workplace training undermines the economic security of these workers, inhibits a free labor market, and enhances corporate power. SBPB is engaged in the following cases, many of which are putative or certified class or collective actions: *AFT et. al v. U.S. Department of Education,* 1:25-cv-00802-RBW (D.D.C.); *AFT v. MOHELA,* 1:24-cv-02460-TSC (D.D.C.); *Fredericks v. Ameriflight, LLC*, 3:23-cv-01757-X (N.D. Tex); *Student Borrower Protection Center v. United States Department of Education*, 01:2023-cv-01780 (D.D.C.)

46.    Persis Yu is the Deputy Executive Director and Managing Counsel at the Student Borrower Protection Center, a fiscally sponsored project of Shared Ascent Fund. Before working at SBPC, Ms. Yu was a staff attorney at the National Consumer Law Center and director of its Student Loan Borrower Assistance Project, where she litigated and advocated on behalf of low-income consumers, co-authored NCLC's legal treatise, Student Loan Law, and was a contributing author to the treatises Fair Credit Reporting, Consumer Credit Regulation, and Unfair and Deceptive Acts and Practices. She also provided support and technical assistance to legal services and private attorneys across the country on issues related to consumer law. Before working at the National Consumer Law Center, she was an attorney and the Hanna S. Cohn Equal Justice Fellow at the Empire Justice Center where she litigated and advocated on behalf of low-income consumers and workers. Ms. Yu graduated from Mount Holyoke College in 2003, received her Masters in

Social Work from the University of Washington in 2006, and received her law degree cum laude from Seattle University School of Law in 2009.

47.    R.T. Winston Berkman-Breen is an attorney and the Legal Director at SBPC. Before joining SBPC, Mr. Berkman-Breen was the Director of Consumer Advocacy and Student Loan Advocate at the Department of Financial Services. In this role, he proposed and advanced consumer protection policies and advised on consumer matters across the agency's business units, including regulatory action and enforcement investigations, with a particular focus on student loan and debt collection policy. He also served as a point of contact for individual consumers seeking assistance and worked closely with advocacy organizations in New York and across the country. Prior to joining the Department of Financial Services, Mr. Berkman-Breen worked in legal services, with a focus on affirmative and defensive litigation related to debt collection, student loans, and foreclosure. He was a Justice Catalyst Fellow and Staff Attorney with the Consumer Protection Unit at the New York Legal Assistance Group and was a Fellow with the Project on Predatory Student Lending at the Legal Services Center of Harvard Law School. He graduated from Tufts University in 2010 and received his law degree and Masters in Public Administration from New York University in 2017.

48.    Khandice Lofton is an attorney at SBPC. She graduated from Tuskegee University in 2018 and received her law degree from University of Dayton School of Law in 2021. Prior to joining SBPC in 2023, Ms. Lofton was a staff attorney at Legal Aid of West Virginia where she provided legal assistance on a variety of issues including housing, unemployment, domestic violence, and other areas of law that impact low-income and vulnerable West Virginians.

49.    Chris Hicks is a senior policy advisor at SBPC. In his role he has co-authored foundational reports on Training Repayment Agreement Provisions, such as Trapped at Work and

Stay-or-Pay. Prior to joining the organization in 2021, he was a union organizer at the American Federation of Teachers and Service Employees International Union Local 513, and a community organizer at National Jobs With Justice. He graduated from Wichita State University with a B.A. in Political Science and Sociology in 2010.

**Litigation History**

50.     Plaintiffs served 54 requests for production of documents and 9 interrogatories. Smoothstack further served discovery on four (4) plaintiffs, including a total of 120 requests for production of documents and 51 interrogatories.

**Settlement Terms**

51.     On August 11, 2025, all 100 Collective Members were notified of the allocation of the Total Settlement Amount and the approximate amount of their own Settlement Awards under the allocation, were given an opportunity to dispute the allocation and not one Collective Member objected or disputed his/her estimated Settlement Award.

52.     On August 11, 2025, all 100 Collective Members were notified of the Service Awards and none objected.

53.     On August 11, 2025, all 100 Collective Members were notified of the cost of settlement administration and attorneys' fees and costs and none objected.

54.     The Total Settlement Amount represents approximately 34% of Collective Members' alleged unpaid minimum wages during the Application Phase (calculated based on 40 hours of work per week and  including an award of liquidated damages); 57% of Collective Members' alleged unpaid overtime wages during the Training Phase (calculated using 5 hours of overtime during each week over 16 weeks of training and including an award of liquidated

damages); and 22% of Collective Members' regular-rate claims (calculated using recorded overtime and including an award of liquidated damages).

55.    Plaintiff O'Brien's individual retaliation settlement represents approximately 26% of his estimated maximum recovery, including backpay and liquidated damages for the four weeks in which he was placed on bench status and earned minimum wage, plus approximately 6 months of full-time wages at his regular rate, as well as approximately $10,000 in compensatory damages.

56.    After all fees, expenses, settlement administration costs and Service Awards are paid, the estimated award for Collective Members who participated or performed work during only the Application Phase is $390; the estimated award for Collective Members who participated or performed work during the Application Phase and the Training Phase is $1,390; and the estimated award for Collective Members who participated during the Application Phase, the Training Phase, and the Assignment Phase is $1,630.

57.    These amounts were based on Plaintiffs' counsel's evaluation of the strength of the claims and defenses during the respective time periods.

**<u>Request for Attorneys' Fees</u>**

58.    Plaintiffs' counsel undertook prosecuting this case despite the risk that they would lose, and without any assurance of payment, litigating it wholly on a contingent basis.  Their entitlement to payment has been wholly contingent upon achieving a good result.  The outcome was by no means guaranteed.

59.    Plaintiffs' counsel have expended a total of 1,311.4 hours total to this case, after the exercise of billing judgment and reducing time to eliminate redundancy, for a total lodestar of $530,138.75.  To date, Plaintiffs' counsel have not received any payment for this work.  Plaintiffs' counsel zealously represented their clients.

60.     Plaintiffs' counsel's hourly rates for attorney time in this case range from $240 to $665 per hour.  The fee rates utilized are provided by the "Vienna Metro Matrix," as laid out in *JK Moving & Storage Inc. v. Winmar Construction, Inc.*, which provides "the customary rates" for litigation in the "Northern Virginia area." No. 17 Civ. 1213, 2018 U.S. Dist. LEXIS 241866, at *7-8 (E.D. Va. June 20, 2018) (citing declaration at *Vienna Metro LLC v. Pulte Home Corp.*, No. 10 Civ. 502, Dkt. 263 (E.D. Va. Aug. 24, 2011)).

61.     Plaintiffs also seek an award of $30,957.49 in costs.  All of the expenses sought are for items such as filing fees, legal research, notice to putative collective members, travel for court conferences and mediation, and other costs that are a customary part of attorneys' fees for professional services.   These expenses were necessarily incurred in the preparation and presentation of this litigation are normally billed to the firm's paying clients.

**Exhibits**

62.     Attached hereto as **Exhibit 1** is a true and correct copy of the Parties' Settlement Agreement.

63.     Attached hereto as **Exhibit 2** is a chart summarizing the work performed by Plaintiffs' counsel (attorneys and support staff) on this matter through September 2025.

64.     Attached hereto as **Exhibit 3** is a chart summarizing Plaintiffs' counsel costs through September 2025.

65.     Attached hereto as **Exhibit 4** is a true and correct copy of the (Proposed) Approval Order.

*        *        *

I declare under penalty of perjury, under 28 U.S.C. § 1746, that the foregoing is true and correct.

Date: September 30, 2025

Respectfully submitted,

By: /s/ Molly Elkin
Molly Elkin (Va. Bar No. 40967)
**McGillivary Steele Elkin LLP**
1101 Vermont Ave NW, Suite 1000
Washington, D.C. 20005
Phone: (202) 833-8855
Email: mae@mselaborlaw.com

*Counsel for Plaintiffs and the FLSA Collective*