# EXHIBIT 2

**McGillivary Steele Elkin LLP**
**Summary of Timekeeper Hours and Lodestar**

| Timekeeper | Title | Rate | Hours | Total Lodestar |
|---|---|---|---|---|
| **Attorneys** | | | | |
| Molly Elkin | Partner | $665.00 | 116.8 | $77,638.75 |
| Gregory McGillivary | Partner | $645.00 | 0.8 | $516.00 |
| Rachel Lerner | Associate | $475.00 | 88.2 | $41,895.00 |
| **Support Staff** | | | | |
| Keith Nickerson | Paralegal | $240.00 | 0.6 | $144.00 |
| Kathleen Dacruz | Paralegal | $240.00 | 2.15 | $516.00 |
| Rocio Sanchez | Paralegal | $240.00 | 18.15 | $4,356.00 |
| Christopher Martell | Paralegal | $240.00 | 2.1 | $504.00 |
| Total | | | 228.8 | $125,569.75 |

**Outten and Golden LLP**
**Summary of Timekeeper Hours and Lodestar**

| Timekeeper | Title | Rate | Hours | Total Lodestar |
|---|---|---|---|---|
| **Attorneys** | | | | |
| Jahan Sagafi | Partner | $665.00 | 42.1 | $27,996.50 |
| Michael Scimone | Partner | $645.00 | 5.9 | $3,773.25 |
| Daniel Stromberg | Partner | $645.00 | 13.2 | $8,481.75 |
| Courtney Hinkle | Associate | $345.00 | 389.8 | $134,481.00 |
| Hannah Cole-Chu | Associate | $475.00 | 139.6 | $66,310.00 |
| Adam Koshkin | Associate | $475.00 | 9.5 | $4,488.75 |
| Tara K. Quaglione | Contract Attorney | $345.00 | 102.8 | $35,466.00 |
| Elle Eshleman | Law Clerk | $240.00 | 10.9 | $2,616.00 |
| Rebecca Cooley | Law Clerk | $240.00 | 27.3 | $6,540.00 |
| Attorneys Under 10 Hours | | | 26 | $14,150.25 |
| **Support Staff** | | | | |
| Christopher Truong | Paralegal | $240.00 | 12.1 | $2,892.00 |
| David Rider | Paralegal | $240.00 | 28.9 | $6,936.00 |
| Madison Curry | Paralegal | $240.00 | 43.7 | $10,476.00 |
| Michaela Dougherty | Paralegal | $240.00 | 29.0 | $6,948.00 |
| Napoleon Zapata | Paralegal | $240.00 | 7.3 | $1,740.00 |
| Patricia Matney | Paralegal | $240.00 | 7.9 | $1,896.00 |
| Rania Tootla | Paralegal | $240.00 | 13.8 | $3,312.00 |
| Naomi Campusano | E-Discovery Specialist | $240.00 | 18.7 | $4,476.00 |
| Sara Olson | E-Discovery Specialist | $240.00 | 6 | $1,440.00 |
| Staff Under 10 Hours: | | | 36.7 | $8,796.00 |
| Total | | | 970.7 | $353,215.50 |

**Student Borrowers Protection Center**
**Summary of Timekeeper Hours and Lodestar**

| Timekeeper | Title | Rate | Hours | Total Lodestar |
|---|---|---|---|---|
| Persis Yu | Deputy Executive Director & Managing Counsel | $645.00 | 3.9 | $2,515.50 |
| Winston Berkman-Breen | Legal Director | $475.00 | 3.4 | $1,615.00 |
| Khandice Lofton | Counsel | $345.00 | 47.4 | $16,353.00 |
| Chris Hicks | Sr. Policy Advisor | $240.00 | 3.1 | $744.00 |
| ███ | ███ | ███ | ███ | ███ |
| Total | | | 57.8 | $21,227.50 |

**Towards Justice**
**Summary of Timekeeper Hours and Lodestar**

| Timekeeper | Title | Rate | Hours | Total Lodestar |
|---|---|---|---|---|
| **Attorneys** | | | | |
| Rachel Dempsey | Associate Director | $555.00 | 51.9 | $28,804.50 |
| Juno Turner | Litigation Director | $645.00 | 1.9 | $1,225.50 |
| **Support Staff** | | | | |
| Deb Schaffer | Paralegal | $240.00 | .4 | $96.00 |
| | | | | |
| Total | | | 54.2 | $30,126.00 |