# EXHIBIT 3

**McGillivary Steele Elkin LLP**
**Summary of Costs**

|  | Cost |
|---|---|
| Copies | $13.92 |
| Computerized Research | $1,782.83 |
| Filing Fee | $402.00 |
| Courier | $700.46 |
| Pacer | $138.90 |
| Pro Hac Vice Fees | $450.00 |
| **Total** | **$3,488.11** |

**Outten and Golden LLP**
**Summary of Costs**

|  | Cost |
|---|---|
| Computerized Research | $2,114.64 |
| Process Service Fee | $329.46 |
| Mailing/Shipping Charges | $518.57 |
| Travel | $3,105.40 |
| E-Discovery | $11,654.52 |
| Collective Notice | $8,000.00 |
| Meals | $67.48 |
| **Total** | **$25,790.07** |

**Towards Justice**
**Summary of Costs**

|  | Cost |
|---|---|
| Travel | $1,679.31 |
| **Total** | **$1,679.31** |