IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| JUSTIN O'BRIEN and SKYLAR REED, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>SMOOTHSTACK, INC.,<br><br>    Defendant. | Civil Action No. 1:23-cv-00491-RDA-LRV |

**[PROPOSED] ORDER**

THIS MATTER came before the Court on the Parties' Joint Motion for Settlement Approval ("Motion"). After considering the Motion and all supporting exhibits, it is hereby **ORDERED** as follows:

1. The Parties' settlement in this Fair Labor Standards Act ("FLSA") action is fair, adequate, and reasonable under 29 U.S.C. § 216(b). The Settlement is approved and the terms of the Parties' Settlement Agreement are incorporated herein, and the Total Settlement Amount shall be distributed in accordance with the Settlement Agreement.

2. The Reminder is approved.

3. The Service Awards of $5,000 for Named Plaintiffs Justin O'Brien and Skylar Reed and $500 for Opt-In Declarants Jackreece "Ogah" Ejini and Long Nguyen are approved;

4. The Individual Settlement Payment of $20,000 for Named Plaintiff Justin O'Brien is approved;

     5.     The Court grants Plaintiffs' counsel request for $189,000.00 as attorneys' fees and costs, inclusive of $30,957.49 in reasonable-out-of-pocket expenses and $158,042.51 in reasonable attorneys' fees.

     6.     The Parties shall abide by all terms of the Settlement Agreement, which are incorporated herein by reference, and this Order;

     7.     This case is dismissed with prejudice;

     8.     The Court will retain jurisdiction over this action for purposes of enforcing this Settlement.

     ENTERED this _____ day of _____, 2025

_____
United States District Court Judge